```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
                  Plaintiff,   )          4:08CR3115
                               )
          v.                   )
                               )
RUSSELL LANIRE RUCKS,          )            ORDER
                               )
                  Defendant.   )
                               )
```

Pretrial Services has investigated defendant's proposal for release as directed by the court and has submitted a report to the court and counsel. Plaintiff has requested further hearing on the matter.

IT THEREFORE HEREBY IS ORDERED,

A hearing on the matter is set for October 17, 2008 at 3:45 p.m. in Courtroom 2 before the undersigned magistrate judge.

Defendant is required to be present for the hearing.

DATED this 15th day of October, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge