IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v.                    ) | Case No. 4:08CR3115 |
| RUSSELL LANIRE RUCKS, ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Motion to Modify Order Setting Conditions of Release, filing no. 28. Defendant essentially requests to travel from Lincoln, NE, to Memphis, TN, from January 1 to January 5, 2009. Being fully advised in the premises, and noting that Mr. Rucks has complied with all conditions of his pretrial release to date, this Court finds that said Motion should be granted.

IT IS THEREFORE ORDERED that Mr. Rucks shall be permitted to travel from Lincoln, NE, to Memphis, TN, under the conditions requested in the above mentioned motion. The pretrial services office is directed to take appropriate steps to de-activate the electronic monitoring device presently being utilized on Mr. Rucks during the time period of January 1 to January 5, 2009, including any reasonable periods of time before and after said dates recognizing that said dates span a national holiday and the following week-end. All other conditions of Mr. Rucks' pretrial release order not inconsistent with this order shall remain in effect during Mr. Rucks' travel to Memphis, TN.

DATED this 19th day of December, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge