IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3115 |
| v. | ) | |
| RUSSELL LANIRE RUCKS, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's oral motion for amendment of the Order Setting Conditions of Release (filing no. 20) is granted and the curfew is extended to 9:00 p.m. each night.

DATED this 7th day of January, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge