IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3115 |
| | ) | |
| v. | ) | |
| | ) | |
| RUSSELL LANIRE RUCKS, | ) | TENTATIVE FINDINGS REGARDING |
| | ) | PRESENTENCE INVESTIGATION |
| Defendant. | ) | REPORT |
| | ) | |

    No objections have been made to the Presentence Investigation Report.  Tentatively, therefore, I find that the Presentence Investigation Report is true and accurate, that the total offense level is 21, the defendant's criminal history category II and that his guideline imprisonment range is 60 months.

    Objections may be made at the time of the sentencing, but no evidence shall be received.

Dated March 16, 2009.

                                     BY THE COURT

                                     s/  Warren K. Urbom
                                     United States Senior District Judge