IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08CR3115 |
| ) | |
| RUSSELL LANIRE RUCKS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Release Appearance and Compliance Bond, filing 59. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Clerk of the District Court shall issue a check for the amount posted by the defendant as required by the Appearance and Compliance Bond. The Clerk shall deduct defendant's $100 Special Assessment fee before releasing the remainder of said bond.

Dated this 20th day of April, 2009.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge